## Seltzer v. Sokoloff, Appellant.

450

Argued January 6, 1931. Before FRAZER, C. J., WALLING, SIMPSON, KEPHART, SADLER, SCHAFFER and MAXEY, JJ.

*George J. Edwards, Jr.,* for appellant.

*Wolf, Block, Schorr & Solis-Cohen,* for appellee, were not heard.

PER CURIAM, January 21, 1931:
The opinion of the learned court below states clearly and correctly the issues involved, and upon that opinion the judgment entered is affirmed.